IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 04-0755-CV-W-DW |
| ) | |
| BOBBY J. VEAL; JEWEL VEAL; ) | |
| FLORA JEANETTE LYONS; ) | |
| VEAL FAMILY INVESTMENTS, LLC; ) | |
| VEAL CHARITABLE TRUST; and ) | |
| CHILLINI PROPERTY ) | |
| MANAGEMENT, LLC; ) | |
| ) | |
| Defendants. ) | |

CONSENT JUDGMENT

1. The parties to the above dispute have agreed to resolve this matter as set forth in the attached Stipulation of Settlement Agreement. Said Stipulation of Settlement Agreement is hereby incorporated by reference and its terms are, pursuant to the agreement of the parties, hereby Ordered, Adjudged, and Decreed by this Court.

2. The Court shall retain jurisdiction to enforce the terms of the Stipulation of Settlement Agreement until the parties have complied with its terms, after which time the case shall be dismissed with prejudice.

3. The United States and Defendants shall endeavor in good faith to resolve informally any differences regarding interpretation of and compliance with the Stipulation of Settlement Agreement prior to bringing such matters to the Court for resolution. However, in the event of a failure by any of the parties to perform in a timely manner any act required by the Stipulation of Settlement Agreement or otherwise to act in conformance with any provision thereof, any party

-1-

Case 4:04-cv-00755-DW   Document 39   Filed 05/31/06   Page 1 of 2

may move this Court to impose any remedy authorized by law or equity, including, but not limited to, an order requiring performance of such act or deeming such act to have been performed, and an award of any damages, costs, and reasonable attorneys' fees which may have been occasioned by the violation or failure to perform.

    4. Any time limits for performance imposed by the Stipulation of Settlement Agreement may be extended by the mutual written agreement of the United States and Defendants.

    SO ORDERED this 31st day of May, 2006.

/s/ DEAN WHIPPLE

DEAN WHIPPLE
UNITED STATES DISTRICT JUDGE

The undersigned apply for and consent to the entry of this Order:

| | |
|---|---|
| Bradley J. Schlozman<br>United States Attorney | Bower Belancio Porto, LLC |
| By    /s/ E. Eugene Harrison | By    /s/ *Michael L. Belancio* |
| E. Eugene Harrison, MO #26923<br>Assistant United States Attorney<br>Charles Evans Whittaker Courthouse<br>400 East Ninth Street, Room 5510<br>Kansas City, Missouri 64106 | Michael L. Belancio, MO#50115<br>Brandee B. Bower, MO#49947<br>800 West 47th Street, Suite 215<br>Kansas City, Missouri 64112 |
| ATTORNEYS FOR PLAINTIFF<br>UNITED STATES OF AMERICA | ATTORNEYS FOR DEFENDANTS |